United States District Court
Southern District of Texas
**ENTERED**
May 01, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SYLVIE LUCILLE AYERS,** § § | |
| **Plaintiff,** § § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-00371** |
| § | |
| **GEOVERA SPECIALTY INSURANCE COMPANY,** § § § | |
| **Defendant.** § | |

## CONDITIONAL ORDER OF DISMISSAL

The parties have settled this case. (Doc. 8.) The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

Signed at Houston, Texas on April 28, 2023.

Keith P. Ellison
United States District Judge